```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | : | |
| | : | |
| vs. | : | CRIMINAL NO. 1:CR-00-274 |
| | : | |
| ANTONIO L. HORNE,<br>    Defendant | : | |

## O R D E R

AND NOW, this 1st day of November, 2004, it is ordered that:

    1. Defendant's motion to amend his 2255 motion (doc. 81) is granted.

    2. The Clerk of Court shall serve a copy of the Defendant's 2255 motion (doc. 74), motion to amend (doc. 81) and brief in support (docs. 82-83) on the United States Attorney.

    3. Within twenty days of the date of this order, the United States Attorney shall respond to the motion.

    4. Petitioner shall have ten days thereafter to file a reply brief.

                                        /s/William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge