OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

January 11, 2005

Mary E. D'Andrea, Clerk
Untied States District Court
P.O. Box 983
Harrisburg, PA 17108-0983

                          Re: United States v. Horne
                               (M.D. Pa. No. 00-cr-274)

Dear Ms. D'Andrea:

      Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was apparently filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  The notice was dated January 6, 2005 and postmarked January 7, 2005.

      This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

      Thank you for your assistance in this matter.

                                             Very truly yours,

                                           Marcia M. Waldron, Clerk

                                 By:  /s/ Bradford A. Baldus
                                     Bradford A. Baldus
                                   Senior Legal Advisor to the Clerk

Enclosure
cc: Antonio L. Horne, Sr. (w/out enclosure)

Antonio L. Horne, Sr.
# AK-3929
SCI Fayette
LaBelle, PA 15450-9999