CR-00274

```
Federal Depository for Credit to
United States Treasury Symbol 6855


Fri Feb  4 15:45:31 2005

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   111 142642
Cashier         jill

DO Code    Div No
4657         1

Sub Acct Type Tender       Amount
0:086900   N    1          105.00
1:510000   N    1          150.00

Total Amount         $   255.00

JENNIFER HOLMAN 1526 CATHERINE ST.
HBG., PA 17104

FILING FEE FOR NOTICE OF APPEAL IN
CR-00-274
```



FILED
FEB 0 4 2005
PER _____ DEPUTY CLERK
HARRISBURG, PA.