# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 2, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Antonio L. Horne, Sr.
v. United States
No. 05-7899
(Your No. 05-1142)



Dear Clerk:

00 CR 00274 MH

The petition for a writ of certiorari in the above entitled case was filed on October 26, 2005 and placed on the docket December 2, 2005 as No. 05-7899.

Sincerely,

William K. Suter, Clerk

by

Clayton Higgins
Case Analyst

FILED
HARRISBURG, PA
DEC 09 2005
MARY E. D'ANDREA, CLERK
per _____