# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

January 9, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

Re:  Antonio L. Horne, Sr.
v. United States
No. 05-7899
(Your No. 05-1142)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

FILED
HARRISBURG PA

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk